1165 PARK AVENUE CORPORATION, Appellant, *v.* JOSEPH D. McGOLDRICK, as State Rent Administrator, et al., Respondents.

Argued October 23, 1952; decided December 4, 1952.

*Robert Fougner* for appellant.

*Norman S. Fenton* and *Robert H. Schaffer* for Joseph D. McGoldrick, State Rent Administrator, respondent.

*Eugene J. Morris* and *Norman Sternlieb* for A. Heiman and others, respondents.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 304 N. Y. 980.]